**From:** Nicole Shaffer
**To:** MRG/ISM~; Posten, Lou Ann
**Date:** Mon, May 12, 2008 10:40 AM
**Subject:** Johns # 04403-068

Per the CCMs office, inmate Johns # 04403-068, had a release date of 08-19-2008 to RRC. He will not be going do to outstanding warrants. He will be release GCT. which is 01-20-2010.

Nicki

To Marty

Eric Johns

412-281-4059