IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) |
| | ) |
| ERIC JOHNS, | )    Criminal No. 00-209 |
| | ) |
| Defendant. | ) |

ORDER OF COURT

AND NOW, this _____17_____ day of _____June_____, 2008, upon consideration of

the Motion To Modify Conditions of Supervised Release filed by Defendant, Eric Johns, IT IS

HEREBY ORDERED that said Motion is GRANTED. IT IS FURTHER ORDERED that

Defendant, Eric Johns, shall immediately report to the Administrator of the Family Division of the

Court of Common Pleas of Allegheny County, Pennsylvania upon his release from the custody of

the Federal Bureau of Prisons.

Maurice B. Cohill Jr.

MAURICE B. COHILL, JR.
UNITED STATES DISTRICT JUDGE

cc: ALL COUNSEL OF RECORD